**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Delmo Figura Torrefranca,<br><br>    Plaintiff,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>    Defendants. | No. CV-09-1527-PHX-PGR<br><br>ORDER |

Pending before the Court is the plaintiff's Motion to Acquire Record of Minute Entry (Doc. 40) wherein he requests that he be provided with "a copy of minute entry of this case" as he "needs entries in this court for appeal purposes." To the extent that the plaintiff is requesting that he be provided with copies of specific documents filed in this action, the Court cannot do so because it cannot determine from the motion what documents the plaintiff may be referring to. The Court will, however, direct the Clerk of the Court to provide the plaintiff with a copy of the docket sheet in this action. Therefore,

IT IS ORDERED that the plaintiff's Motion to Acquire Record of Minute Entry (Doc. 40) is granted solely to the extent that the Clerk of the Court shall

/ / /

mail the plaintiff a copy of the public version of the docket sheet in this action.

DATED this 14th day of September, 2011.

_____
Paul G. Rosenblatt
United States District Judge